IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

```
SOUTHERN DISTRICT OF MISSISSIPPI
           FILED
        JUL 25 2017
       ARTHUR JOHNSTON
BY_____ DEPUTY
```

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 3:17CR91 HTW-FKB

TOMMIE LAMONT BALLARD                           18 U.S.C. § 922(g)(1)
                                                18 U.S.C. § 922(g)(9)

**The Grand Jury charges:**

## COUNT 1

That on or about August 19, 2016, in Madison County, in the Northern Division of the Southern District of Mississippi, the defendant, **TOMMIE LAMONT BALLARD,** having been convicted previously of a felony, that is a crime which is punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting interstate or foreign commerce a firearm and ammunition, to wit: one (1) Lorcin brand, model L9mm, 9mm caliber, semi-automatic pistol, bearing an obliterated serial number, and five (5) rounds of 9mm ammunition.

In violation of Sections 922(g)(1) and 924(a)(2), Title 18, United States Code.

## COUNT 2

That on or about August 19, 2016, in Madison County, in the Northern Division of the Southern District of Mississippi, the defendant, **TOMMIE LAMONT BALLARD,** who had been convicted of a misdemeanor crime of domestic violence, did knowingly possess in and affecting interstate or foreign commerce, a firearm and ammunition, to wit: one (1) Lorcin brand, model L9mm, 9mm caliber, semi-automatic pistol, bearing an obliterated serial number, and five (5) rounds of 9mm ammunition.

In violation of Sections 922(g)(9) and 924(a)(2), Title 18, United States Code.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 924(d)(1), Title 18, United States Code and Section 2461(c), Title 28, United States Code.

HAROLD BRITTAIN
Acting United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 25th day of July, 2017.

UNITED STATES MAGISTRATE JUDGE